```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER GOMEZ,

                        Plaintiff,

-against-

QUARTZ WEST 10 LLC AND SUSHI ON WEST 10TH STREET LLC,

                        Defendants.

1:23-cv-8525 (MKV)

ORDER

**MARY KAY VYSKOCIL, United States District Judge:**

      The Court is in receipt of the Plaintiff's response [ECF No. 19] to the Court's February 9, 2024 Order to Show Cause for failure to prosecute this action. [ECF No. 18]. After careful review of the Plaintiff's letter, the Court does not find that dismissal or sanctions are warranted at this juncture. Nevertheless, IT IS HEREBY ORDERED that, if Defendants fail to appear in this action, Plaintiff shall file its motion for default judgment **on or before March 8, 2024**.

      Plaintiff is again on notice that failure to comply with the Court's orders and/or deadlines, Individual Rules of Practice, or Local Rules may result in sanctions, including monetary penalties, preclusion at trial of information not provided, or preclusion and/or dismissal of claims or defenses.

**SO ORDERED.**

**Date: February 13, 2024**
**New York, NY**

                                                             */s/ Mary Kay Vyskocil*
                                                             **MARY KAY VYSKOCIL**
                                                             **United States District Judge**